IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Kendall, Tracey Denise

Printed: 10/14/08

Case Number:  04 B 18341
Judge: Hollis, Pamela S
Filed:  5/10/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: March 20, 2008
Confirmed: August 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,500.00 |  |
| Secured: |  | 7,579.62 |
| Unsecured: |  | 2,826.03 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,394.00 |
| Trustee Fee: |  | 700.35 |
| Other Funds: |  | 0.00 |
| Totals: | 13,500.00 | 13,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,394.00 | 2,394.00 |
| 2. | Onyx Acceptance Corp | Secured | 7,579.62 | 7,579.62 |
| 3. | Illinois Student Assistance Commission | Unsecured | 550.49 | 1,500.01 |
| 4. | Onyx Acceptance Corp | Unsecured | 415.24 | 1,131.46 |
| 5. | Aspire Visa | Unsecured | 71.40 | 194.56 |
| 6. | ECast Settlement Corp | Unsecured | 504.22 | 0.00 |
| 7. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 8. | Village of Park Forest | Unsecured |  | No Claim Filed |
|  |  |  | $ 11,514.97 | $ 12,799.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 178.04 |
| 4% | 41.47 |
| 3% | 36.28 |
| 5.5% | 190.12 |
| 5% | 51.84 |
| 4.8% | 116.14 |
| 5.4% | 86.46 |
|  | $ 700.35 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Kendall, Tracey Denise | Case Number:  04 B 18341 |
| | Judge:  Hollis, Pamela S |
| Printed:  10/14/08 | Filed:  5/10/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

